812

No. 224. HANOVER BANK, EXECUTOR, ET AL. v. COM-MISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *Horace S. Manges* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for respondent.

No. 288. IN RE ZIPKIN. Supreme Court of Missouri. Certiorari granted. *William J. Burrell* for petitioner. *Richmond C. Coburn* and *Alan C. Kohn* for respondent. Reported below: —— S. W. 2d ——.

No. 93. UNITED STATES v. KOENIG. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Bruce J. Terris, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 94. NATIONAL LABOR RELATIONS BOARD v. FLORIDA CITRUS CANNERS COOPERATIVE. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Frederick U. Reel* for petitioner. *O. R. T. Bowden* for respondent.

No. 138. IDLEWILD BON VOYAGE LIQUOR CORP. v. EPSTEIN [FORMERLY ROHAN] ET AL.; and

No. 180, Misc. IDLEWILD BON VOYAGE LIQUOR CORP. v. BICKS ET AL., U. S. DISTRICT COURT JUDGES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted in No. 138, and motion for leave to file petition for writ of mandamus granted in No. 180, Misc. *Charles H. Tuttle* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondents in No. 138. Reported below: 289 F. 2d 426.